UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20893-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**CRAIG LOWY**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on April 22, 2019 for sentencing, and upon the Defendant, Craig Lowy's Motion for Downward Variance and Memorandum in Aid of Sentencing [ECF No. 36]. For the reasons stated on the record in open Court, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of April, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record